HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
ANTHONY BASSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00248-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO SET STATUS CONFERENCE AND HEARING ON MOTION TO SUPPRESS** |
| v. | |
| ANTHONY BASSO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Anthony Basso that the Status Conference and hearing on Motion to Suppress be set for June 1, 2023 at 9:00 a.m.. The government filed their opposition on March 21, 2023 (ECF 25). Defense reply will now be due on May 11, 2023.

The status conference and hearing on motion to suppress were originally set for April 24, 2024 (ECF 30). On April 6, 2023, this case was reassigned to Judge Calabretta and all hearing dates were vacated (ECF 31). Defense counsel requests additional time to interview witnesses and to obtain documents in support of this motion. The government does not object to this request.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 1, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: April 25, 2023      HEATHER E. WILLIAMS
                          Federal Defender

                          */s/ Douglas J. Beevers*
                          DOUGLAS J. BEEVERS
                          Assistant Federal Defender
                          Attorney for ANTHONY BASSO

Dated: April 25, 2023      PHILLIP A. TALBERT
                          United States Attorney

                          */s/ James Conolly*
                          JAMES CONOLLY
                          Assistant United States Attorney
                          Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 1, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the status conference and hearing on motion to suppress shall be set for June 1, 2023, at 9:00 a.m with defense reply due May 11, 2023.

IT IS SO ORDERED.

Dated:  April 25, 2023              /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE