HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ANTHONY ALEXANDER BASSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00248-DJC-1 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | ) |
| ANTHONY ALEXANDER BASSO, | ) Date: November 2, 2023 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Anthony Alexander Basso, that the status conference, currently scheduled for November 2 2023, be continued to November 16, 2023 at 9:00 a.m.

Defense needs time to review evidence to make sure that the plea agreement covers all conduct.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 16, 2023; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: October 31, 2023 |
|   | HEATHER E. WILLIAMS |
|   | Federal Defender |

Dated: October 31, 2023

/s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTHONY ALEXANDER BASSO

Dated: October 31, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 2, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 2, 2023 status conference shall be continued until November 16, 2023, at 9:00 a.m.

Dated:  October 31, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE