HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ANTHONY ALEXANDER BASSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00248-DJC-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | |
| ANTHONY ALEXANDER BASSO, | Date: January 4, 2024 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Anthony Alexander Basso, that the status conference, currently scheduled for December 7, 2023, be continued to January 4, 2024 at 9:00 a.m.

Defense counsel requests additional time to review discovery and conduct investigation in this case. The parties are working to resolve the case, but do not have a formal plea ready to present to the Court. The parties believe a continuance to January 4, 2024, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and finalize any further pre-plea negotiations.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 4, 2024;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4    Respectfully submitted,

5

6    Dated:  December 5, 2023

     HEATHER E. WILLIAMS
     Federal Defender

7

8    /s/ Douglas Beevers
     DOUGLAS BEEVERS

9    Assistant Federal Defender
     Attorney for Defendant

10   ANTHONY ALEXANDER BASSO

11   Dated:  December 5, 2023

     PHILLIP A. TALBERT

12   United States Attorney

13   /s/ James Conolly
     JAMES CONOLLY

14   Assistant U.S. Attorney
     Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### ORDER

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3     stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4     its order. The Court specifically finds the failure to grant a continuance in this case would deny

5     counsel reasonable time necessary for effective preparation, taking into account the exercise of

6     due diligence.  The Court finds the ends of justice are served by granting the requested

7     continuance and outweigh the best interests of the public and defendant in a speedy trial.

8          The Court orders the time from the date the parties stipulated, up to and including

9     January 4, 2024, shall be excluded from computation of time within which the trial of this case

10    must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11    and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12    is further ordered the December 7, 2023 status conference shall be continued until January 4,

13    2024, at 9:00 a.m.

14     Dated:  December 5, 2023                    /s/ Daniel J. Calabretta
                                                  _____
15                                                THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28