9HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ANTHONY ALEXANDER BASSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00248-DJC-1 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING |
| ANTHONY ALEXANDER BASSO | |
| | Date: July 11, 2024 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, Attorney for Defendant Anthony Alexander Basso, **that the sentencing scheduled for May 23, 2024 may be vacated and continued to July 11, 2024, at 9:00 a.m.**

The new schedule of disclosure would be as follows:

|  |  |
|---|---|
| PSR Disclosed: | May 30, 2024 |
| Informal Objections: | June 13, 2024 |
| Final PSR Disclosed: | June 20, 2024 |
| Formal Objections: | June 27, 2024 |
| Reply/Sentencing Memorandum: | July 4, 2024 |
| Sentencing: | July 11, 2024 |

1        Defense counsel requests the continuance as more time is needed to investigate medical

2   issues related to Defendant's burns which are being treated at UC Davis and scheduled for

3   imminent surgery.  Defense counsel believes that a continuance of the sentencing hearing to July

4   11, 2024 would provide enough time for defense counsel to effectively prepare for the

5   sentencing hearing. The government does not object to this continuance.

6

7

8   Dated:  May 20, 2024

9                       HEATHER E. WILLIAMS
                    Federal Defender

10

11                      */s/ Douglas Beevers*
                    DOUGLAS BEEVERS
                    Assistant Federal Defender

12                      Attorney for Defendant
                    ANTHONY ALEXANDER BASSO

13

14  Dated:  May 20, 2024

15                      PHILLIP A. TALBERT
                    United States Attorney

16                      */s/ James Conolly*
                    JAMES CONOLLY

17                      Assistant United States Attorney
                    Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2      IT IS HEREBY ORDERED, the Court, having received and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The May 23, 2024 sentencing shall be continued until July 11, 2024, at 9:00 a.m.,

5   before District Judge Daniel J. Calabretta.

6

7   **IT IS SO ORDERED.**

8

9   Dated:  May 21, 2024                    /s/ Daniel J. Calabretta

10                                          THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation and Order to Continue Sentencing*          -3-